

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-17-2003

# Cat Internet Ser v. Providence

Precedential or Non-Precedential: Precedential

Docket No. 01-4166

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Cat Internet Ser v. Providence" (2003). *2003 Decisions.* Paper 415.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/415

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed June 17, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-4166

CAT INTERNET SERVICES, INC.,
INTERNET SUPPLY, INC.

Appellees

v.

PROVIDENCE WASHINGTON INSURANCE CO.,
YORK INSURANCE COMPANY,

Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

District Court Judge: Honorable Anita B. Brody
(D.C. Civil No. 00-CV-3238)

Argued October 29, 2002

Before: SLOVITER, FUENTES, Circuit Judges, and
DEBEVOISE,* Senior District Judge

**ORDER**

A Precedential Opinion having been substituted for a Not
Precedential Opinion in this cause, it is:

_____

* Honorable Dickinson R. Debevoise, Senior United States District Judge
for the District of New Jersey, sitting by designation.

**ORDERED** that the Precedential Opinion be filed in substitution for the previously filed Not Precedential Opinion.

/s/ DICKINSON R. DEBEVOISE
Senior United States District Judge
Sitting by Designations

Dated: June 17, 2003

A True Copy:
      Teste:

*Clerk of the United States Court of Appeals*
*for the Third Circuit*